ORDERED.

**Dated: September 29, 2017**

*Roberta A. Colton*
Roberta A. Colton
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION
www.flmb.uscourts.gov

| | |
|---|---|
| In re ) | |
| ) | Case No. 8:15-bk-05877-RCT |
| Gilberto Grinon-Lopez and ) | Chapter 13 |
| Maria Marti Rodriguez, ) | |
| ) | |
| Debtor(s).* ) | |
| ) | |

**ORDER APPROVING PERMANENT LOAN
MODIFICATION OF DEBTOR'S REAL ESTATE MORTGAGE
(8004 N LYNN AVE., TAMPA, FL 33604; Loan #xxxx4116)**

This case was considered on the Debtor's Motion for Approval of Permanent Loan Modification (Doc. 52) (the "Motion"), under the negative notice provisions of Local Rule 2002-4. In the absence of any objection, the Motion is deemed uncontested. And so it is

**ORDERED:**

1. The Motion is GRANTED.

2. The Debtor is authorized to proceed with modification of the mortgage on the real property located in Hillsborough County, Florida, commonly known as 8004 N LYNN AVE., TAMPA, FL 33604, and legally described as:

---

* All references to "Debtor" shall include and refer to both of the debtors in a case filed jointly by two individuals.

**LOT 14 BLOCK A, REVISED PLAT OF PARKVIEW ESTATES, according to map or plat thereof as recorded in Plat Book 33, Page 7, Public Records of Hillsborough County, Florida.**

**PIN A-25-28-18-3EW-A00000-00014.0; Folio 100843-0000.**

3. Debtor is authorized to take any and all necessary actions to effectuate the terms of the agreement with Wilmington Savings Fund Society, FSB, as Trustee for Stanwich Mortgage Loan Trust B by and through its servicer Carrington Mortgage Services LLC (the "Lender"). The Lender is ordered to comply with the terms of the agreement.

4. Debtor shall provide the chapter 13 trustee copies of the modification documents within ten (10) days of finalization of the mortgage modification.

5. The modification agreement shall not modify the Lender's obligations under Rule 3002.1 of the Federal Rules of the Bankruptcy Procedure.

6. During the pendency of this case, payments to the Lender will be made by the chapter 13 trustee.

7. Any timely payment made by Debtor to the chapter 13 trustee shall constitute a timely payment to the Lender.

8. The modification agreement shall be recorded in the public records of the appropriate county. Recordation shall be by the Debtor, unless the parties agree otherwise.

Attorney Scott A. Rosin is directed to serve a copy of this order on interested parties and file a proof of service within 3 days of entry of the order.